IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 04-cv-0009-WDM-CBS

MILISSA POLASKI,

    Plaintiff,

v.

STATE OF COLORADO,
DEPARTMENT OF TRANSPORTATION OF EAGLE COUNTY COLORADO,

    Defendants.

_____

**AMENDMENT TO ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE**
_____

    In accordance with the Order and Judgment of the United States Court of Appeals for the Tenth Circuit in this case, filed August 2, 2006, the Order on Recommendation of Magistrate Judge dated July 7, 2005, is amended to provide that the case is dismissed without prejudice.

    DATED at Denver, Colorado, on August 3, 2006.

                                                BY THE COURT:

                                               s/ Walker D. Miller
                                               United States District Judge